**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| HELEN ALVAREZ-LEYVA | CIVIL ACTION NO. 26-1239 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| MICHA NEAL, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

**ORDER**

Considering the foregoing Motion for Reconsideration,

**IT IS ORDERED** that the Motion for Reconsideration, Record Document 13, is **DENIED**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 21st day of August, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE